UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------------- X

GARY LA BARBERA and THEODORE KING, as  :
Trustees and Fiduciaries of the Local 282 Welfare  :
Trust Fund, the Local 282 Pension Trust Fund, the  :       CV-04-3135 (DRH)(JO)
Local 282 Annuity Trust Fund, and the Local 282  :
Job Training Trust Fund,  :
                                                :
                             Plaintiffs,  :
                                                :
           - against -  :
                                                :
FCR CONSTRUCTION SERVICES, LLC,  :
                                                :
                             Defendant.  :
                                                :
-------------------------------------------------------------X


## STIPULATION OF DISMISSAL


        Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, plaintiffs Gary

La Barbera and Theodore King, as Trustees and fiduciaries of the Local 282 Welfare Trust Fund,

the Local 282 Pension Trust Fund, the Local 282 Annuity Trust Fund, and the Local 282 Job

Training Trust Fund, and defendant FCR Construction Services, LLC hereby stipulate to the

dismissal with prejudice of all claims stated in the above-captioned action against FCR

Construction Services, LLC.  This dismissal is without prejudice to any potential withdrawal

liability that might become due to the Local 282 Pension Trust Fund in the event of a withdrawal

by FCR Construction Services LLC from the Local 282 Pension Trust Fund.

Respectfully submitted,

Dated: July 15, 2005          By: ___*Elizabeth O'Leary*___
     New York, NY                 Bruce Levine (BL 2309)
                                 Elizabeth O'Leary (EO 9323)
                                 COHEN, WEISS and SIMON LLP
                                 330 West 42nd Street
                                 New York, New York 10036
                                 (212) 563-4100

                                 Attorneys for Plaintiffs

Dated: July 11, 2005          By: ___*Sally L. Schneider*___
     New York, NY                 Sally A. Schneider (SS 0909)
                                   Proskauer Rose LLP
                                 1585 Broadway
                                 New York, NY 10036
                                 (212) 969-3803

                                 Attorneys for Defendant

So Ordered this __ day of _____, 2005:

_____
DENIS R. HURLEY, U.S.D.J.